# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-02525-NYW

GENSCAPE, INC.,

      Plaintiff,

v.

LIVE POWER INTELLIGENCE COMPANY
NA, LLC, and
WILLIAM P. TOWNSEND,

      Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Genscape, Inc.

DATED this 16th day of October, 2018.

By: */s/  D. Shayon Ghosh*
D. Shayon Ghosh (California Bar # 313628)
WILLIAMS AND CONNOLLY LLP
725 12th Street N.W.
Washington, D.C. 20005
Phone: (202) 434-5321
Fax: (202) 434-5029
sghosh@wc.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties to be served by electronic means:

Live Power Intelligence Company NA, LLC

William P. Townsend

                                                                                                                */s/  D. Shayon Ghosh*
                                                                                                                D. Shayon Ghosh