IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-02525-WYD-NYW | Date: | March 5, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| *Parties* | *Counsel* |
|---|---|
| GENSCAPE, INC., | *Amanda M. MacDonald* |
| | *Sarah L. O'Connor* |
| **Plaintiff,** | |
| v. | |
| LIVE POWER INTELLIGENCE COMPANY NA, LLC, | *Erin A. Kelly* |
| WILLIAM P. TOWNSEND, | *Timothy M. Reynolds* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY CONFERENCE**

Court in Session: 10:01 a.m.

Appearance of counsel.

Parties discuss issues outlined in Discovery Dispute Chart for Written Discovery including Plaintiff's Responses to Defendants' Interrogatories, and the Discovery Dispute Chart including Disputes Regarding Plaintiff Genscape's Discovery Requests to Defendants, and Joint Exhibits to Parties' Discovery Dispute Charts for March 5, 2019 Discovery Hearing, submitted directly to chambers.

Parties request that any party who has not signed the protective order in this case be removed from the hearing since it involves discussing the trade secrets at issue.

10:04 a.m. Those parties are excused from the courtroom and the record is sealed.

**ORDERED: On or before March 15, 2019, parties shall supplement the responses as directed.**

**ORDERED: A further discovery conference is set for March 21, 2019 at 1:00 p.m. for two-hours in Courtroom A-502. Parties shall file a Joint Status Report by March 19, 2019.**

Court in Recess:  11:09 a.m.          Hearing concluded.          Total time in Court:  01:08

\* To obtain a transcript of this hearing, a motion must be filed.