**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02525-WYD-NYW

GENSCAPE, INC.,

    Plaintiff,

v.

LIVE POWER INTELLIGENCE COMPANY NA, LLC, and
WILLIAM P. TOWNSEND,

    Defendants.

---

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

### I.    CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Counsel for Plaintiff Genscape, Inc. ("Plaintiff") has conferred with counsel for Defendants Live Power Intelligence Company NA, LLC, and William P. Townsend ("Defendants") regarding the requested relief sought herein. Counsel for Defendants indicated that Defendants do not oppose the Motion.

### II.    MOTION TO AMEND SCHEDULING ORDER

Plaintiff, by its undersigned counsel, hereby moves the Court, pursuant to D.C.COLO.LCivR 6.1(a), for a fifteen (15) day extension, up to and including April 30, 2019, of the deadline for amendment of pleadings and joinder of parties.

In further support of the Motion, Plaintiff hereby states:

1. The Complaint in this matter was filed on October 3, 2018. ECF 1.

2. This Court entered a Scheduling Order on December 12, 2018. ECF 20.

3. In its Scheduling Order, the Court set a March 15, 2019 deadline for amendment of pleadings and joinder of parties. ECF 20; ECF 34.

4. On March 11, 2019, granting in part and denying in part Plaintiff's motion to amend the schedule, the Court extended the deadline for amendment of pleadings and joinder of parties to April 15, 2019. ECF 49; ECF 52.

5. In light of the status of discovery, Plaintiff requests a further extension of the deadline for amendment of pleadings and joinder of parties, up to and including April 30, 2019. Such an extension imposes no prejudice on Defendants, and Defendants do not oppose the request.

6. The parties have stipulated to one previous extension of the schedule pursuant to D.C.COLO.LCivR 6.1(a), for a seven-day extension of time for Plaintiff to file its Response to Defendants' Rule 12(b)(6) Motion to Dismiss Complaint. ECF 22.

7. Pursuant to D.C.COLO.LCivR 6.1(c), Plaintiff's counsel is serving its client with a copy of this Motion via email contemporaneously herewith.

Respectfully submitted this 8th day of April, 2019.

*/s/ D. Shayon Ghosh*
Jessamyn S. Berniker (D.C. Bar # 482907)
Amanda M. MacDonald (D.C. Bar # 498538)
Sarah L. O'Connor (D.C. Bar # 1012405)
D. Shayon Ghosh
WILLIAMS AND CONNOLLY LLP
725 12th Street N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
jberniker@wc.com
amacdonald@wc.com
soconnor@wc.com
sghosh@wc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2019, a true and correct copy of the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** was filed with the Clerk of Court using the CM/ECF system which will service such filing on the following:

Timothy M. Reynolds
BRYAN CAVE LEIGHTON PAISNER LLP
1801 13th Street, Ste. 300
Boulder, CO 80302
Telephone:  303-444-5955
timothy.reynolds@bclplaw.com

Erin A. Kelly
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Telephone:  (303) 861-7000
erin.kelly@bclplaw.com

*s/ D. Shayon Ghosh*
D. Shayon Ghosh