**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02525-WYD-NYW

GENSCAPE, INC.,

      Plaintiff,

v.

LIVE POWER INTELLIGENCE COMPANY NA, LLC, and
WILLIAM P. TOWNSEND,

      Defendants.

---

**MOTION TO AMEND SCHEDULING ORDER**

---

## I.    CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

During the April 23 hearing, the parties and the Court discussed the requested relief sought herein. Counsel for Defendants Live Power Intelligence Company NA, LLC, and William P. Townsend ("Defendants") stated at the hearing that they would oppose an amendment of the Scheduling Order to extend the deadlines for amendment of the pleadings and joinder of additional parties. Counsel for Defendants stated that they would not oppose extending the deadline for service of interrogatories, requests for production of documents, and requests for admission to August 5, 2019.

## II.    MOTION TO AMEND SCHEDULING ORDER

Plaintiff Genscape, Inc. ("Plaintiff"), by its undersigned counsel, hereby moves the Court, pursuant to D.C.COLO.LCivR 6.1(a), for a fourteen-day (14) day extension, up to and including May 14, 2019, of the deadline for amendment of pleadings and joinder of parties. Plaintiff

1

further moves the Court for an extension, up to and including August 5, 2019, of the deadline for service of interrogatories, requests for production of documents, and requests for admission.

In further support of Plaintiff's Motion, it hereby states:

1. The Complaint in this matter was filed on October 3, 2018. ECF 1.

2. This Court entered a Scheduling Order on December 12, 2018. ECF 20.

3. In its Scheduling Order, the Court set a March 15, 2019 deadline for amendment of pleadings and joinder of parties. ECF 20; ECF 34. The Court also set a deadline of forty-five days prior to the close of fact discovery, or April 30, 2019, for service of interrogatories, requests for production of documents, and requests for admissions. ECF 20; ECF 34.

4. On March 11, 2019, granting in part and denying in part Plaintiff's motion to amend the schedule, the Court extended the deadline for amendment of pleadings and joinder of parties to April 15, 2019. ECF 49; ECF 52.

5. On April 9, 2019, granting Plaintiff's unopposed motion to amend the schedule, the Court extended the deadline for amendment of pleadings and joinder of parties to April 30, 2019. ECF 63; ECF 66.

6. As discussed at the hearing on April 23, 2019, Plaintiff respectively requests a further extension of the deadline for amendment of the pleadings and joinder of parties, up to and including May 14, 2019. This is the date the Court proposed. Such an extension imposes no prejudice on Defendants.

7. As discussed at the hearing, Plaintiff requests this amendment in part because Yes Energy LLC ("Yes Energy"), a key third party, has not yet produced any documents in response to the third-party subpoena Plaintiff served upon Yes Energy on January 18, 2019. Despite its prior estimate that it would begin production the week of April 15, Yes Energy "now estimate[s]

2

that [it] will produce its documents the week of April 29." Consistent with the Court's instruction at the hearing, Plaintiff will alert Yes Energy that Plaintiff will move to compel production in the event that Yes Energy does not produce documents by April 29. If Yes Energy produces documents by that date, the May 14 deadline for amendment of pleadings and joinder of parties that the Court proposed would be sufficient to allow Plaintiff to review the produced materials and move forward on any resulting amendment of pleadings and joinder of parties to its Complaint.

8. In light of the status of discovery, and the potential joinder of additional parties, Plaintiff further requests an extension of the deadline for service of interrogatories, requests for production of documents, and requests for admissions up to and including August 5, 2019. Such an extension imposes no prejudice on Defendants, and Defendants do not oppose the request.

9. The parties have stipulated to one previous extension of the schedule pursuant to D.C.COLO.LCivR 6.1(a), for a seven-day extension of time for Plaintiff to file its Response to Defendants' Rule 12(b)(6) Motion to Dismiss Complaint. ECF 22.

10. Pursuant to D.C.COLO.LCivR 6.1(c), Plaintiff's counsel is serving its client with a copy of this Motion via email contemporaneously herewith.

Respectfully submitted this 24th day of April, 2019.

4

           */s/ D. Shayon Ghosh*
          Jessamyn S. Berniker (D.C. Bar # 482907)
          Amanda M. MacDonald (D.C. Bar # 498538)
          Sarah L. O'Connor (D.C. Bar # 1012405)
          D. Shayon Ghosh
          WILLIAMS AND CONNOLLY LLP
          725 12th Street N.W.
          Washington, D.C. 20005
          Phone: (202) 434-5000
          Fax: (202) 434-5029
          jberniker@wc.com
          amacdonald@wc.com
          soconnor@wc.com
          sghosh@wc.com

          *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2019, a true and correct copy of the foregoing **MOTION TO AMEND SCHEDULING ORDER** was filed with the Clerk of Court using the CM/ECF system which will service such filing on the following:

Timothy M. Reynolds
BRYAN CAVE LEIGHTON PAISNER LLP
1801 13th Street, Ste. 300
Boulder, CO 80302
Telephone:  303-444-5955
timothy.reynolds@bclplaw.com

Erin A. Kelly
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Telephone:  (303) 861-7000
erin.kelly@bclplaw.com

*s/ D. Shayon Ghosh*
D. Shayon Ghosh