**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL AND
MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Courtroom Deputy:  Emily Buchanan | Date:  April 23, 2019 |
| Court Reporter:  Julie Thomas | |

| | |
|---|---|
| Civil Action No: **18-cv-02525-WYD-NYW** | Counsel: |
| **GENSCAPE, INC.**, | Jessamyn Berniker |
| | Amanda MacDonald |
| Plaintiff, | Phillip Parrott |
| v. | |
| **LIVE POWER INTELLIGENCE COMPANY NA, LLC, and** | Timothy Reynolds |
| **WILLIAM P. TOWNSEND**, | Erin Kelly |
| Defendants. | |

### COURTROOM MINUTES

**MOTION HEARING**

**2:31 p.m.**   Court in Session.  Judge Daniel and Magistrate Judge Wang hold a combined hearing.

Appearances of counsel.

Judge Daniel's opening remarks.

Defendants' Rule 12(b)(6) Motion to Dismiss Complaint (Doc. No. 15), filed December 10, 2018, is raised for argument.

2:36 p.m.   Argument by Ms. MacDonald regarding the basis for the claim of civil theft as against Mr. Townsend.

2:38 p.m.   Response by Mr. Reynolds.

| | |
|---|---|
| 2:40 p.m. | Argument by Ms. MacDonald regarding Plaintiff's conversion claim. |
| 2:42 p.m. | Response by Mr. Reynolds. |
| **ORDERED:** | Defendants' Rule 12(b)(6) Motion to Dismiss Complaint (Doc. No. 15), filed December 10, 2018, is **TAKEN UNDER ADVISEMENT.** Judge Daniel will issue a written order. |

Parties provide their thoughts about settling the case.

**HEARING ON DISCOVERY DISPUTE**

| | |
|---|---|
| 2:48 p.m. | Magistrate Judge Wang's opening remarks. |

Parties discuss issues outlined in Joint Status Report submitted directly to chambers.

Discussion regarding identifying representative trade secrets.

| | |
|---|---|
| **ORDERED:** | Parties shall meet and confer and submit a Joint Status Report no later than **April 30, 2019** as to the status of these discussions as to the connectors or the application and further production of documents by Defendants. To the extent the parties cannot agree on the terms and conditions for searches for either side's production of documents, the parties shall set forth the specifics of the burden. The parties shall also advise the Court as to the status of the issues with respect to the identification of any further custodians and date range for the Plaintiff's responses to Defendants' discovery. The parties shall also include in the Joint Status Report any outstanding production issues, any foreseeable issues, and a reasonable number of representative trade secrets and the reasons why. |
| **ORDERED:** | Third party YES Energy will produce documents responsive to the outstanding subpoena no later than **April 29, 2019**. |
| **ORDERED:** | A Telephonic Status Conference is set for **May 2, 2019 at 2:00 p.m.** before Magistrate Judge Wang in Courtroom A502. |

Plaintiffs may file a motion to join parties and amend pleadings and extend the deadline to serve discovery requests.

| | |
|---|---|
| 3:29 p.m. | Judge Daniel exits the courtroom. |
| **3:45 p.m.** | Court in Recess. HEARING CONCLUDED. |

**TOTAL TIME:   1:14**