IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

| Civil Action: | 18-cv-02525-WYD-NYW | Date: | May 2, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| *Parties* | *Counsel* |
|---|---|
| GENSCAPE, INC., | *Amanda M. MacDonald* |
| | *Jessamyn S. Berniker* |
| **Plaintiff,** | *Sarah L. O'Connor* |
| v. | |
| LIVE POWER INTELLIGENCE COMPANY NA, LLC, | *Erin A. Kelly* |
| WILLIAM P. TOWNSEND, | *Timothy M. Reynolds* |
| **Defendants.** | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC DISCOVERY CONFERENCE**

Court in Session:  2:01 p.m.

Appearance of counsel.

Parties discuss issues outlined in Joint Status Report dated April 30, 2019, Exhibits 1-11, Appendix A, Declaration of K. Comey, and Declaration of M. D'Angelo submitted directly to chambers.

Parties update the court regarding search terms, custodians for representative trade secrets, Genscape's production, and LPI/Townsend production.

Record Restricted: 2:10 p.m.

Discussion and argument regarding search terms.

Discussion held regarding production related to the calibration process.

**ORDERED: On or before May 10, 2019, Plaintiff shall produce the existing 7,288 documents related to the search on the seven custodians. Defendants shall**

**begin production of the agreed documents on or before May 10, 2019. If parties cannot meet this deadline they will need to file a formal motion.**

Parties discuss third-party Yes Energy LLC's status. Parties shall meet and confer regarding the "attorneys' eyes only" issue and filing an amended complaint and if the document should be filed under restriction.

The Parties and the court discuss the deadline for joinder of parties and amendment of pleadings as May 14, 2019.  No further extensions.

Discussion and argument held regarding Interrogatory No.'s 15, 16, and 17.

**ORDERED: On or before May 10, 2019, Plaintiff shall identify people on each of the teams.**

**ORDERED: On or before May 10, 2019, Plaintiff shall identify people involved with the creation of the eight-step calibration process.**

Argument and discussion held regarding Trade Secret Identification.

**ORDERED: On or before June 14, 2019, Plaintiff shall identify 25 discrete trade secrets. Plaintiff shall file the notice of identification on the court docket. Parties should comply with D.C.COLO.LCivR 7.2(c) when filing documents under restriction.**

Discussion and argument regarding metadata fields.

**ORDERED: Defendants shall provide a responsive declaration from the ESI vendor on or before May 10, 2019.**

**ORDERED: Parties shall submit a Joint Status Report on or before May 24, 2019. A Telephonic Status Conference is set for May 31, 2019, at 2:00 p.m. in Courtroom A-502 before Magistrate Judge Nina Y. Wang.**

Court in Recess:  3:39 p.m.          Hearing concluded.          Total time in Court: 01:38

*Since portions of this hearing are restricted, please contact the Courtroom Deputy Clerk at (303) 335-2061 to order transcripts of this hearing.