**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02525-WYD-NYW

GENSCAPE, INC.,

    Plaintiff,

v.

LIVE POWER INTELLIGENCE COMPANY NA, LLC, and
WILLIAM P. TOWNSEND,

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

---

### I.    CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Counsel for Plaintiff Genscape, Inc. ("Plaintiff") and counsel for Defendants Live Power Intelligence Company NA, LLC ("LPI"), and William P. Townsend ("Townsend") (collectively, "Defendants") have conferred regarding the requested relief sought herein. While reserving all rights in connection with Defendants' response to any amended complaint, counsel for Defendants indicated that Defendants do not oppose the relief requested in this Motion.

### II.    MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, through its undersigned counsel, hereby moves for leave to file its First Amended Complaint, attached hereto as Exhibit 1, adding one party and three new causes of action. In support of its Motion, Plaintiff states as follows:

1.    The Complaint in this matter was filed on October 3, 2018. ECF 1.

2.    Through discovery in this action, Plaintiff has learned that a third party, Yes Energy LLC ("Yes Energy"), has been intimately involved with Defendants' misappropriation of

Plaintiff's trade secrets and is separately liable for misappropriating those trade secrets. Plaintiff also has learned that Yes Energy independently aided and abetted Townsend's breach of fiduciary duty. Plaintiff therefore seeks to add Yes Energy as a Defendant to Plaintiff's existing claims for trade secret misappropriation and for aiding and abetting a breach of fiduciary duty.

3. Plaintiff also has learned that Defendants and Yes Energy conspired to gain unauthorized access to a webinar intended only for Plaintiff's customers. Plaintiff therefore seeks to add three new claims arising from this conduct: (1) violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, against Defendants and Yes Energy; (2) violations of the Computer Related Offenses Act, N.J. Stat. Ann. § 2A:38A-3, against Defendants; and (3) civil conspiracy against Defendants and Yes Energy.

4. The Court has set a May 14, 2019 deadline for amendment of pleadings and joinder of parties. ECF 20; ECF 34; ECF 73. Plaintiff's Motion is therefore timely. *See Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Intrawest ULC*, No. 13-cv-00079-PAB-KMT, 2013 WL 6050105, at *1 (D. Colo. Nov. 15, 2013).

5. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that the Court shall freely give leave to amend the pleadings when justice so requires. Although granting leave to amend is committed to the discretion of the trial court, "[r]efusing leave to amend is generally only justified upon a showing of undue delay, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or undue prejudice to the opposing party, or futility of amendment, etc." *Castleglen, Inc. v. Resolution Trust Corp.*, 984 F.2d 1571, 1585 (10th Cir. 1993) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

6. Granting Plaintiff's Motion for leave to amend will serve the interests of justice. The Motion is timely, and it is not made in bad faith or for purposes of delay. There have been

2

no amendments previously allowed. Granting leave to amend will not unduly prejudice Defendants. Defendants do not oppose the request.

7. Therefore, Plaintiff respectfully requests that the Court grant its Motion for leave to file the First Amended Complaint attached as Exhibit 1.

Respectfully submitted this 14th day of May, 2019.

                                        */s/ D. Shayon Ghosh*
Jessamyn S. Berniker (D.C. Bar # 482907)
Amanda M. MacDonald (D.C. Bar # 498538)
Sarah L. O'Connor (D.C. Bar # 1012405)
D. Shayon Ghosh
WILLIAMS AND CONNOLLY LLP
725 12th Street N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
jberniker@wc.com
amacdonald@wc.com
soconnor@wc.com
sghosh@wc.com

*Attorneys for Plaintiff*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2019, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed with the Clerk of Court using the CM/ECF system which will service such filing on the following:

Timothy M. Reynolds
BRYAN CAVE LEIGHTON PAISNER LLP
1801 13th Street, Ste. 300
Boulder, CO 80302
Telephone: 303-444-5955
timothy.reynolds@bclplaw.com

Erin A. Kelly
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
erin.kelly@bclplaw.com

                                                         *s/ D. Shayon Ghosh*
                                                         D. Shayon Ghosh